UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMERICAN ECONOMY INSURANCE
COMPANY, an Indiana corporation, and
AMERICAN STATES INSURANCE
COMPANY, an Indiana corporation,

    Plaintiffs,                               CASE NO.: 3:09-CV-141-J34MCR

vs.

SHILOH BAPTIST CHURCH OF
JACKSONVILLE, FLORIDA, INC.,
a Florida corporation, d/b/a SHILOH
METROPOLITAN BAPTIST CHURCH,
DARRELL LEWIS GILYARD,
KESHA EMERSON, "S.M.", a minor,
and "R.M.",

    Defendants.
_____/

**MOTION FOR CERTIFICATION OF ALIAS SUMMONS IN A CIVIL ACTION AND MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS**

COME NOW the Plaintiffs, AMERICAN ECONOMY INSURANCE COMPANY and AMERICAN STATES INSURANCE COMPANY, by and through their undersigned attorneys, and file this Motion for Certification of Alias Summons in a Civil Action and Motion for Extension of Time to Effectuate Service of Process and would state:

1.    On February 18, 2009, the Plaintiffs filed the Complaint for Declaratory Judgment against the above Defendants, and on February 19, 2009, the Clerk of Court certified a summons for each Defendant, including Darrell Lewis Gilyard ("Gilyard").

2.    The Plaintiffs did not effectuate service of process upon Defendant Gilyard due to their ongoing attempts to resolve and settle all of the pending claims and issues between the parties.

2. On April 14 and 15, 2009, the parties conducted a mediation which resolved most of the issues between the parties and determined that the remaining issues would be resolved by a Motion for Summary Judgment.

3. An Amended Complaint for Declaratory Judgment was filed subsequently on May 1, 2009, upon which a Motion for Summary Judgment will be filed.

4. The Plaintiffs acknowledge that, pursuant to Federal Rule of Civil Procedure 4(m), the 120-day time limit for service of process upon Defendant Gilyard has expired. However, Plaintiffs submit that good cause exists for an extension of time to effectuate service upon Defendant Gilyard because the Plaintiffs were diligently working towards resolving all of the issues and disputes between the parties. In addition, Defendant Gilyard is currently incarcerated for criminal charges related to underlying allegations of this case.

WHEREFORE, Plaintiffs request that the Court extend the time for service of process upon Defendant Darrell Lewis Gilyard pursuant to Federal Rule of Civil Procedure 4(m), and respectfully request that the Court authorize and instruct the Clerk of Court to certify the attached Alias Summons in a Civil Action for issuance upon Defendant Darrell Lewis Gilyard.

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

s/ David B. Krouk, Esq.
DAVID B. KROUK, ESQ.
Florida Bar No.: 0949840
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:     (813) 281-0900
dkrouk@butlerpappas.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I certify that on July 7, 2009, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to the following:

      Joseph O. Stroud, Jr., Esq.
      Rogers Towers, P.A.
      1301 Riverplace Boulevard, Suite 1500
      Jacksonville, FL  32207

      s/ David B. Krouk, Esq.
      DAVID B. KROUK, ESQ.
      Florida Bar No.: 0949840
      777 S. Harbour Island Boulevard
      Suite 500
      Tampa, Florida  33602
      Telephone:  (813) 281-1900
      Facsimile:   (813) 281-0900
      dkrouk@butlerpappas.com
      Attorneys for Plaintiffs