**ATTACHMENT – ALIAS SUMMONS**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMERICAN ECONOMY INSURANCE
COMPANY, an Indiana corporation, and
AMERICAN STATES INSURANCE
COMPANY, an Indiana corporation,

    *Plaintiffs*,                                              Civil Action No.: 3:09-CV-141-J34MCR

v.

SHILOH BAPTIST CHURCH OF
JACKSONVILLE, FLORIDA, INC.,
a Florida corporation, d/b/a SHILOH
METROPOLITAN BAPTIST CHURCH,
DARRELL LEWIS GILYARD,
KESHA EMERSON, "S.M.," a minor,
and "R.M.,"

    *Defendants*.

## ALIAS SUMMONS IN A CIVIL CASE

**TO:**    **Darrell Lewis Gilyard**
           **Reception and Medical Center (RMC – Main)**
           **7765 S. CR 231**
           **P.O. Box 628**
           **Lake Butler, Florida 32054-0628**

    A lawsuit has been filed against you.

    Within 20 days after service of this Summons upon you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                              DAVID B. KROUK, ESQ.
                              Florida Bar No.: 0949840
                              BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
                              777 S. Harbour Island Boulevard, Suite 500
                              Tampa, Florida 33602
                              Telephone:     (813) 281-1900
                              Facsimile:      (813) 281-0900

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      *CLERK OF COURT*

DATE:_____              _____
                                                           *Signature of Clerk of Deputy Clerk*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

AMERICAN ECONOMY INSURANCE
COMPANY, an Indiana corporation, and
AMERICAN STATES INSURANCE
COMPANY, an Indiana corporation,

*Plaintiffs*,  Civil Action No.: 3:09-CV-141-J34MCR

v.

SHILOH BAPTIST CHURCH OF
JACKSONVILLE, FLORIDA, INC.,
a Florida corporation, d/b/a SHILOH
METROPOLITAN BAPTIST CHURCH,
DARRELL LEWIS GILYARD,
KESHA EMERSON, "S.M.", a minor,
and "R.M.",

*Defendants*.

## ALIAS SUMMONS IN A CIVIL CASE

**TO:**   **Darrell Lewis Gilyard**
**Reception and Medical Center (RMC – Main)**
**7765 S. CR 231**
**P.O. Box 628**
**Lake Butler, Florida 32054-0628**

A lawsuit has been filed against you.

Within 20 days after service of this Summons upon you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID B. KROUK, ESQ.
Florida Bar No.: 0949840
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida  33602
Telephone:     (813) 281-1900
Facsimile:      (813) 281-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:_____     _____

*Signature of Clerk of Deputy Clerk*