UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMERICAN ECONOMY INSURANCE
COMPANY, et al.,

       Plaintiffs,

vs.                        Case No.  3:09-cv-141-J-34MCR

SHILOH BAPTIST CHURCH OF
JACKSONVILLE, FLORIDA, INC., et al.,

       Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Certification of Alias

Summons and Motion for Extension of Time to Effectuate Service (Doc. 12) filed July 7,

2009.  Plaintiffs ask the Court to grant them an extension of time in which to serve

Defendant, Darrell Lewis Gilyard, and to instruct the Clerk to certify an Alias Summons

for issuance upon Mr. Gilyard.

Rule 4(m) of the Federal Rules of Civil Procedure, which relates to the service of

process provides:

> Time Limit for Service. If a defendant is not served within
> 120 days after the complaint is filed, the court – on motion or
> on its own after notice to the plaintiff – must dismiss the
> action without prejudice against that defendant or order that
> service be made within a specified time.  But if the plaintiff
> shows good cause for the failure, the court must extend the
> time for service for an appropriate period. This subdivision
> (m) does not apply to service in a foreign country under Rule
> 4(f) or 4(j)(1).

Plaintiffs argue they have shown good cause for an extension of time because they were "diligently working towards resolving all of the issues and disputes between the parties" and because "Defendant Gilyard is currently incarcerated for criminal charges related to underlying allegations of this case." (Doc. 12, p.2). The Court believes Plaintiffs have provided good cause for their failure to timely serve Defendant Gilyard.

Accordingly, after due consideration, it is

**ORDERED**:

1.      Plaintiffs' Motion for Certification of Alias Summons and Motion for Extension of Time to Effectuate Service (Doc. 12) is **GRANTED**.

2.      The Clerk is directed to certify and issue the summons for Defendant, Darrell Lewis Gilyard, attached as an exhibit to the instant motion (Doc. 12).

3.      Plaintiffs shall have **twenty (20) days** from the date of this Order in which to perfect service of process upon Defendant Gilyard.


     **DONE AND ORDERED** in Chambers in Jacksonville, Florida this __15th__ day of July, 2009.


                                        _Monte C. Richardson_
                                        MONTE C. RICHARDSON
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record